**Cathy RIDENHOUR,
Claimant/Appellant,**

v.

**CAPITAL REGIONAL MEDICAL
CENTER, Employer/Respondent,**

and

**Treasurer of the State of Missouri, as
Custodian of the Second Injury
Fund, Respondent.**

**No. ED 102880**

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: November 24, 2015

William E. Roussin, 8000 Maryland Ave, Suite 760, Clayton, Missouri 63105, for Appellant.

Colette E. Neuner, Jefferson City, Missouri 65102, Attorney for Treasurer of MO as Custodian of the Second Injury Fund.

Richard L. Montgomery, Jr., 16 North Eighth Street, Columbia, Missouri 65201, Attorney for Capital Region Medical Center.

Before Lisa S. Van Amburg, C.J., Sherri B. Sullivan, P.J., and Kurt S. Odenwald, J.

## ORDER

PER CURIAM

Cathy Ridenhour appeals the decision of the Labor and Industrial Relations Commission denying her disability benefits claim after she was discharged from Capital Regional Medical Center (Employer). We affirm. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).